**AFFIDAVIT OF SERVICE**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

Index #: 613731/2021
Date Filed: July 20, 2021
Court Date:
Assigned Justice:

ATTORNEY(S):    PH:
ADDRESS:    File No.: 2021008137

### LENARD DEGAETANO

*Plaintiff*

vs.

### OUR LADY OF PERPETUAL HELP PARISH AND OUR LADY OF PERPETUAL HELP CHURCH

*Defendant*

STATE OF New York, COUNTY OF SUFFOLK SS.:

SHANNON PAIZ, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On **Wednesday, August 11, 2021** at **1:17 PM**. at **210 S. WELLWOOD AVE, LINDENHURST, NY 11757** deponent served the within **NOTICE OF ELECTRONIC FILING (CONSENSUAL CASE) (UNIFORM RULE 202.5-bb), SUMMONS AND VERIFIED COMPLAINT**

on: **OUR LADY OF PERPETUAL HELP CHURCH**

**Defendant** therein named.
The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

**#1 CORPORATION** [X] By delivering to and leaving with **KATHLEEN BURGGE, Managing Agent** and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

**#2 DESCRIPTION** [X] Sex: Female    Color of skin: White    Color of hair: White    Age: 70    Height: 5ft4in-5ft8in
Weight: 131-160 lbs    Other Features: Glasses
(use with #1, 2 or 3)

**#3 WIT. FEES** [ ] $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 OTHER** [ ]

Sworn to before me on 08/13/2021

SUSAN CORTINA
Notary Public, State of New York
No. 01CO6047509, Qualified in Suffolk County
Term Expires September 5, 2022

SHANNON PAIZ
Server's Lic #
InvoiceWorkOrder 2258311

**NICOLETTI & HARRIS INC., 101 AVENUE OF THE AMERICAS 9TH FLOOR NEW YORK, NY 10013**

**AFFIDAVIT OF SERVICE**

Date Filed: July 20, 2021
Court Date:
Assigned Justice:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

ATTORNEY(S): PH:
ADDRESS: File No.: 2021008136

**LENARD DEGAETANO**

*Plaintiff*

vs.

**OUR LADY OF PERPETUAL HELP PARISH AND OUR LADY OF PERPETUAL HELP CHURCH**

*Defendant*

STATE OF New York, COUNTY OF SUFFOLK SS.:

SHANNON PAIZ, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On **Wednesday, August 11, 2021** at **1:17 PM**, at **210 S. WELLWOOD AVE, LINDENHURST, NY 11757** deponent served the within **NOTICE OF ELECTRONIC FILING (CONSENSUAL CASE) (UNIFORM RULE 202.5-bb), SUMMONS AND VERIFIED COMPLAINT**

on: **OUR LADY OF PERPETUAL HELP PARISH**

Defendant therein named.
The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

**#1 CORPORATION** [X] By delivering to and leaving with **KATHLEEN BURGER, MANAGING AGENT** and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

**#2 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: Female   Color of skin: White   Color of hair: White   Age: 70   Height: 5ft4in-5ft8in
Weight: 131-160 lbs   Other Features: Glasses

**#3 WIT. FEES** [ ] $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 OTHER** [ ]

Sworn to before me on 08/13/2021

SUSAN CORTINA
Notary Public, State of New York
No. 01CO6047509, Qualified in Suffolk County
Term Expires September 5, 2022

SHANNON PAIZ
Server's Lic #
InvoiceWorkOrder 2258310

**NICOLETTI & HARRIS INC., 101 AVENUE OF THE AMERICAS 9TH FLOOR NEW YORK, NY 10013**

1 of 1